**No. 10-8957. Mashawn Greene, Petitioner v. Leo C. Arnone, Commissioner, Connecticut Department of Correction.**

563 U.S. 1009, 131 S. Ct. 2925, 179 L. Ed. 2d 1248, 2011 U.S. LEXIS 3932.

May 23, 2011. Petition for writ of certiorari to the Appellate Court of Connecticut denied.

Same case below, 123 Conn. App. 121, 2 A.3d 29.